# EXHIBIT B

**Infringement Claim Chart for U.S. Pat. No 8491506B2 v. Health in Motion, LLC (Inspire Fitness) ("Defendant")**

| Claims | Evidence |
|---|---|
| 9. An exercise device which includes:<br>a main body support; | Inspire Fitness provides an exercise device (e.g.: CR2 CROSSROW device) having a main body support (e.g.: Seat Pad).<br><br>Source: https://inspirefitness.com/product/cr2-crossrow/#1571464673708-51cd0ee9-cffc |

1

| | |
|---|---|
| at least one pair of independently movable leg supports connected to the main body support and pivoting relative to the main body support to raise and to lower, either separately or together, a user's legs during exercise between upper and lower positions; | at least one pair of independently movable leg supports (e.g.: Foot Plate) connected to the main body support (e.g.: attached to the exercise device) and pivoting relative to the main body support to raise and to lower, either separately or together, a user's legs during exercise between upper and lower positions.<br><br><br><br>Source: https://inspirefitness.com/product/cr2-crossrow/#1571464673708-51cd0ee9-cffc |

| | |
|---|---|
| an adjustment device comprising a rod and a piston, the adjustment device allowing the movable leg supports to move between the upper and lower positions; | an adjustment device comprising a rod and a piston (e.g.: Foot Plates are attached using some attachment to the exercise device), the adjustment device allowing the movable leg supports to move between the upper and lower positions.<br><br><br><br>Source: https://inspirefitness.com/product/cr2-crossrow/#1571464673708-51cd0ee9-cffc |
| a knee extension device, said knee extension device including a pair of foot plates for reception of feet of the user, each of said foot plates attached to an end of a rod sliding within a bearing block, an opposite end of the rod mechanically coupled to an electric motor such | a knee extension device, said knee extension device including a pair of foot plates (e.g.: Foot Plates) for reception of feet of the user (e.g.: placement of user's feet), each of said foot plates attached to an end of a rod sliding within a bearing block, an opposite end of the rod mechanically coupled to an electric motor (e.g.: CR2's bi-directional resistance mechanism) such that the foot plate reciprocates relative to the main body support when the rod slides within the bearing block |

3

| | |
|---|---|
| that the foot plate reciprocates relative to the main body support when the rod slides within the bearing block; and | <br><br>Source: https://inspirefitness.com/product/cr2-crossrow/#1571464673708-51cd0ee9-cffc |
| a pair of pivotally movable rowing handles coupled to said electric motor, the handles pivoting to allow a user to undertake a rowing exercise from a seated position. | a pair of pivotally movable rowing handles (e.g.: Handlebars) coupled to said electric motor (e.g.: CR2's bi-directional resistance mechanism), the handles (e.g.: handlebars) pivoting to allow a user to undertake a rowing exercise from a seated position.<br><br>(36). Take care to align the sleeve inside the handlebar pivot before attempting to mount the arms. |

4

| | |
|---|---|
| | <br>Source: https://inspirefitness.com/product/cr2-crossrow/#1571464673708-51cd0ee9-cffc |